ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)

Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WENMEI SHI,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants. | 5:24-cv-01655 VKD<br><br>**STIPULATION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA;** ~~**[PROPOSED]**~~ **ORDER**<br><br>Hon. Virginia K. DeMarchi |

      Pursuant to 28 U.S.C. § 1404(a), the parties hereby stipulate and respectfully request the Court to transfer this case to the United States District Court for the Central District of California. The Central District of California is a district where this case might have been brought because Plaintiff resides in that district, and all parties consent to transfer to that district.

      Pursuant to Civil Local Rule 6-1(a), the parties further stipulate that Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Central District of California.

Stipulation to Transfer
C 5:24-cv-01655 VKD                  1

Dated: May 24, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 24, 2024

  /s/ Arthur Minas
ARTHUR MINAS
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. This case hereby is transferred to the United States District Court for the Central District of California. Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Central District of California.

Date:   May 28, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

Stipulation to Transfer
C 5:24-cv-01655 VKD                                2